B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ada/Throop, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-1260517** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7000 S. Parnell, Lower Level**<br>**Chicago, IL**<br>ZIP Code **60621** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 21281**<br>**Chicago, IL**<br>ZIP Code **60621** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ada/Throop, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Ada/Throop, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Forrest L. Ingram**
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032**
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.**
Firm Name

**79 W. Monroe St., Suite 900**
**Chicago, IL 60603**

_____
Address

**Email: fingram@fingramlaw.com**
**(312) 759-2838  Fax: (312) 759-0298**
Telephone Number

**December 29, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Walter Marshall, Jr.**
Signature of Authorized Individual

**Walter Marshall, Jr.**
Printed Name of Authorized Individual

**Managing Member/Registered Agent**
Title of Authorized Individual

**December 29, 2009**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ada/Throop, LLC** _____   Case No. _____

Debtor(s)   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chicago Title Land Trust Co.<br>171 N. Clark Street, Suite 575<br>Chicago, IL 60601 | Chicago Title Land Trust Co.<br>171 N. Clark Street, Suite 575<br>Chicago, IL 60601 | | | 2,030.00 |
| City of Chicago - c/o Corp. Counsel<br>30 N LaSalle St.<br>Suite 800<br>Chicago, IL 60602 | City of Chicago - c/o Corp. Counsel<br>30 N LaSalle St.<br>Suite 800<br>Chicago, IL 60602 | | | 43,000.00 |
| City of Chicago c/o Corp Counsel<br>30 North LaSalle St.<br>Suite 800<br>Chicago, IL 60602 | City of Chicago c/o Corp Counsel<br>30 North LaSalle St.<br>Suite 800<br>Chicago, IL 60602 | | | 36,000.00 |
| City of Chicago c/o Corp Counsel<br>30 North LaSalle St.<br>Suite 800<br>Chicago, IL 60602 | City of Chicago c/o Corp Counsel<br>30 North LaSalle St.<br>Suite 800<br>Chicago, IL 60602 | 09 M1 403021 | | Unknown |
| City of Chicago Dept of Buildings<br>120 N. Racine, 1st FL<br>Chicago, IL 60607-2010 | City of Chicago Dept of Buildings<br>120 N. Racine, 1st FL<br>Chicago, IL 60607-2010 | | | 1,540.00 |
| City of Chicago Dept of Buildings<br>120 N. Racine, 1st FL<br>Chicago, IL 60607-2010 | City of Chicago Dept of Buildings<br>120 N. Racine, 1st FL<br>Chicago, IL 60607-2010 | NOV #509SO201801 | | Unknown |
| City of Chicago Dept of Buildings<br>120 N. Racine, 1st FL<br>Chicago, IL 60607-2010 | City of Chicago Dept of Buildings<br>120 N. Racine, 1st FL<br>Chicago, IL 60607-2010 | NOV #509PO228538 | | Unknown |
| City of Chicago Dept of Buildings<br>120 N. Racine, 1st FL<br>Chicago, IL 60607-2010 | City of Chicago Dept of Buildings<br>120 N. Racine, 1st FL<br>Chicago, IL 60607-2010 | | | 9,239.14 |

B4 (Official Form 4) (12/07) - Cont.

In re **Ada/Throop, LLC**
_____
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **City of Chicago Dept of Buildings**<br>**120 N. Racine, 1st FL**<br>**Chicago, IL 60607-2010** | **City of Chicago Dept of Buildings**<br>**120 N. Racine, 1st FL**<br>**Chicago, IL 60607-2010** | | | **5,863.94** |
| **City of Chicago Dept of Buildings**<br>**120 N. Racine, 1st FL**<br>**Chicago, IL 60607-2010** | **City of Chicago Dept of Buildings**<br>**120 N. Racine, 1st FL**<br>**Chicago, IL 60607-2010** | | | **2,540.00** |
| **City of Chicago Dept of Buildings**<br>**120 N. Racine, 1st FL**<br>**Chicago, IL 60607-2010** | **City of Chicago Dept of Buildings**<br>**120 N. Racine, 1st FL**<br>**Chicago, IL 60607-2010** | | | **1,989.85** |
| **City of Chicago Dept of Water**<br>**333 South State St, Suite LL10**<br>**Chicago, IL 60604-3979** | **City of Chicago Dept of Water**<br>**333 South State St, Suite LL10**<br>**Chicago, IL 60604-3979** | | | **Unknown** |
| **City of Chicago Dept of Water**<br>**333 South State St, Suite LL10**<br>**Chicago, IL 60604-3979** | **City of Chicago Dept of Water**<br>**333 South State St, Suite LL10**<br>**Chicago, IL 60604-3979** | | | **Unknown** |
| **Com Ed**<br>**System Credit/Bankruptcy Department**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** | **Com Ed**<br>**System Credit/Bankruptcy Department**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** | | | **1,300.08** |
| **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | | **Unknown** |
| **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | | **Unknown** |
| **Community Investment Corp**<br>**222 Riverside Plaza 2200**<br>**Chicago, IL 60606** | **Community Investment Corp**<br>**222 Riverside Plaza 2200**<br>**Chicago, IL 60606** | | | **9,981.45** |
| **Levin Ginsburg**<br>**180 N. LaSalle**<br>**Suite 3200**<br>**Chicago, IL 60601** | **Levin Ginsburg**<br>**180 N. LaSalle**<br>**Suite 3200**<br>**Chicago, IL 60601** | | | **1,545.00** |
| **Peoples Energy**<br>**130 E. Randolph Dr.**<br>**Chicago, IL 60687-6207** | **Peoples Energy**<br>**130 E. Randolph Dr.**<br>**Chicago, IL 60687-6207** | | | **29,938.95** |
| **U.S. Dept of Housing & Urban Develo**<br>**Office of General Counsel**<br>**451 7th St, SW, Rm B-133**<br>**Washington, DC 20410** | **U.S. Dept of Housing & Urban Develo**<br>**Office of General Counsel**<br>**451 7th St, SW, Rm B-133**<br>**Washington, DC 20410** | | | **25,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Ada/Throop, LLC**                                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member/Registered Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **December 29, 2009**                    Signature    **/s/ Walter Marshall, Jr.**

**Walter Marshall, Jr.**
**Managing Member/Registered Agent**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Americollect
PO Box 1566
Manitowoc, WI 54221


Chicago Title Land Trust Co.
171 N. Clark Street, Suite 575
Chicago, IL 60601


City of Chicago - c/o Corp. Counsel
30 N LaSalle St.
Suite 800
Chicago, IL 60602


City of Chicago c/o Corp Counsel
30 North LaSalle St.
Suite 800
Chicago, IL 60602


City of Chicago Dept of Buildings
120 N. Racine, 1st FL
Chicago, IL 60607-2010


City of Chicago Dept of Water
333 South State St, Suite LL10
Chicago, IL 60604-3979


Com Ed
System Credit/Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Community Investment Corp
222 Riverside Plaza 2200
Chicago, IL 60606


Goldman & Grant
205 W. Randolph
Chicago, IL 60606

I.C. System, Inc.
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164


I.C. System, Inc.
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164-0437


I.C. Systems, Inc.
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164


IC Systems Inc
444 Highway 96 East, P.O. Box 64887
Saint Paul, MN 55164-0887


Levin Ginsburg
180 N. LaSalle
Suite 3200
Chicago, IL 60601


Nyjan Mahan c/o Roseman & Assoc.
105 W. Madison St.
Chicago, IL 60602


Peoples Energy
130 E. Randolph Dr.
Chicago, IL 60687-6207


Roseman and Associates
105 West Madison St.
Chicago, IL 60602


U.S. Dept of Housing & Urban Develo
Office of General Counsel
451 7th St, SW, Rm B-133
Washington, DC 20410


Wexler & Wexler
500 W. Madison Suite 2910
Chicago, IL 60661