IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| ADA/THROOP, LLC, | Case No. 09 B 49039 |
| Debtor. | Honorable ~~A. Benjamin Goldgar~~ Eugene R. Wedoff |

### ORDER EXCUSING STATE COURT RECEIVER
### FROM COMPLYING WITH 11 U.S.C. § 543(a), (b), and (c)

This cause coming on to be heard upon the Motion for Order Excusing State Court Receiver From Complying with 11 U.S.C. § 543(a), (b), and (c) (the "Motion), the Court having jurisdiction to consider and rule the Motion; the Court having found that due and proper notice of the Motion has been given; the Court having found that the relief requested in the Motion is in the best interests of the Debtor, its Creditors, and other parties in interest; and sufficient cause appearing therefor, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Receiver, 5T Management, LLC is excused from complying with 11 U.S.C. § 543(a), (b), and (c).

2. The Receiver is authorized to continue in possession, custody and control of the Property pursuant to the Receivership Order.

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

DATED: 1/13/10

ENTER: _____
Bankruptcy Judge

HAUSELMAN, RAPPIN & OLSWANG, LTD.
39 South LaSalle Street
Chicago, Illinois 60603